FILED

MAR 21 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO.  17-30174-MJR |
| ) | |
| DETRICK L. LAYFIELD, ) | |
| ) | Title 18, United States Code, Sections |
| Defendant. ) | 113(a)(3), 1512(c)(1) and (1791)(a)(2). |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

**ASSAULT WITH A DANGEROUS WEAPON WITH THE INTENT TO DO BODILY HARM**

On or about September 1, 2017, in Bond County, Illinois, within the Southern District of Illinois,

**DETRICK L. LAYFIELD,**

defendant herein, at a place within the territorial jurisdiction of the United States, namely, the federal correctional institution at Greenville, Illinois, commonly known as FCI-Greenville, on land acquired for the use of the United States and under its concurrent jurisdiction, intentionally assaulted S.D. with a dangerous weapon with the intent to do bodily harm to S.D.; all in violation of Title 18, United States Code, Section 113(a)(3).

### COUNT 2

**POSSESSION OF CONTRABAND BY A FEDERAL INMATE**

On or about September 1, 2017, in Bond County, Illinois, within the Southern District of Illinois,

**DETRICK L. LAYFIELD,**

defendant herein, an inmate of the federal correctional facility at Greenville, Illinois, commonly known as FCI-Greenville, did knowingly possess a prohibited object, to wit: a weapon or an object designed or intended to be used as a weapon; all in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

## COUNT 3

### OBSTRUCTION OF JUSTICE

On or about September 1, 2017, in Bond County, Illinois, within the Southern District of Illinois,

**DETRICK L. LAYFIELD,**

defendant herein, at a place within the territorial jurisdiction of the United States, namely, the federal correctional institution at Greenville, Illinois, commonly known as FCI-Greenville, on land acquired for the use of the United States and under its concurrent jurisdiction, did corruptly attempt to conceal an object, to wit: a weapon or an object designed or intended to be used as a weapon, with the intent to impair its availability for use in an official proceeding, that is, the federal prosecution of himself; all in violation of Title 18, United States Code, Section 1512(c)(1).

A TRUE BILL

*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney

*[signature]*
DONALD S. BOYCE
United States Attorney

Recommend Bond: Detention